

**FILED**

JUL 1 4 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:26-cr-00085
                                      18 U.S.C. § 1343

JEFFREY JEFFERS


## I N F O R M A T I O N

The United States Attorney Charges:

### BACKGROUND

At all times relevant to this Information:

1.    Defendant, JEFFREY JEFFERS, was employed as a truck driver for Company 1.

2.    Company 1 was a provider of industrial gases with a facility located in Washington, Wood County, West Virginia.

3.    Company 1 owned delivery trucks used to transport and deliver their gas products to various locations in Pennsylvania, Ohio, and West Virginia.

4.    Company 1 had a fueling station located at their facility that was used to fill each delivery truck with fuel. The delivery radius was typically within a distance that would be within the range of the delivery truck to reach without the need to refuel on the road.

5. Each delivery truck had a Fuelman credit card in case emergency refueling became necessary while being operated. The Fuelman credit cards were issued by Comdata, a financial and data transaction processor that specialized in fleet solutions.

6. Truck drivers for Company 1 were not assigned a specific truck and would use different trucks on different days.

7. Square Inc. was a payment processing platform used by businesses and merchants to process credit card payments.

8. Stripe Inc. was a payment processing platform used by businesses and merchants to process credit card payments.

9. Stride Bank was a financial institution that issued debit cards on behalf of Chime Financial, Inc. and is headquartered in Enid, Oklahoma.

10. Chime Financial, Inc. is a financial technology company that works in conjunction with financial institutions including Stride Bank.

## THE SCHEME

11. From November 2022 to July 2024, defendant JEFFREY JEFFERS knowingly devised and intended to devise a scheme to defraud Company 1 and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

## MANNER AND MEANS OF THE SCHEME

12. Defendant JEFFREY JEFFERS registered several businesses on the Square Inc. and Stripe Inc. merchant platforms. These businesses included the names "NORTHWESTERN MARATHON", and "NORTHEASTERN MARATHON" and the information used to register the businesses included defendant JEFFREY JEFFERS' identifying information and an address in Canton, Ohio that is associated with a relative of defendant JEFFREY JEFFERS.

13. It was part of the scheme to defraud that defendant JEFFREY JEFFERS used the Fuelman credit cards to process, by wire communication in interstate commerce, transactions listed as "FUEL ADJUSTMENT" in order to make it appear that the transactions were a legitimate purchase of fuel when in fact no fuel or any other product was actually purchased.

14. In furtherance of the scheme to defraud, the charges made by defendant JEFFREY JEFFERS transmitted, by wire communication in interstate commerce, money between the financial institution that issued the Fuelman credit card and defendant JEFFRY JEFFERS' Stride and Stripe accounts.

15. In furtherance of the scheme to defraud, defendant JEFFREY JEFFERS would then transfer funds from his Stripe and Stride accounts to other financial accounts owned by defendant JEFFREY JEFFERS.

16. In this manner, from November 2022, to July 2024, defendant JEFFREY JEFFERS made hundreds of unauthorized

transactions using the Fuelman credit cards, resulting in a loss to Company 1 in the amount of approximately $510,465.19.

## WIRE TRANSMISSION IN FURTHERANCE OF THE SCHEME

17.    From on or about November 2022, through July 2024, at or near Washington, Wood County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant JEFFREY JEFFERS, for the purpose of executing the scheme described above, knowingly transmitted or caused to be transmitted by means of wire communication in interstate commerce writings, signs, signals, pictures, and sounds when he fraudulently charged $510,465.19 on the Fuelman credit cards issued to Company 1.

In violation of Title 18, United States Code, Section 1343.

## NOTICE OF FORFEITURE

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

Upon conviction of the offense in violation of 18 U.S.C. § 1343, the defendant JEFFREY JEFFERS shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s). The property to be forfeited includes, but is not limited to:

a.   a money judgment in the amount of at least $510,465.19, such amount constituting the proceeds of the violations set forth in this Information regarding defendant JEFFREY JEFFERS; and

b.   a 2020 FORD EXPLORER XLT, bearing Vehicle Identification Number 1FMSK8DHXLGB10191;

If any of the property described above, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property, which cannot be divided without difficulty.

The United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c). All pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

UNITED STATES OF AMERICA

MOORE CAPITO
United States Attorney

By: _____
GABRIEL C. PRICE
Assistant United States Attorney